JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KEITH ROBINSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>J.C. ZUERCHER, et al.,<br><br>　　　　　Respondent. | No. CV 09-808-CJC (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: July 9, 2009

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE